UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 13 AM 10: 29

UNITED STATES OF AMERICA,                ) Magistrate Docket No.  '08 MJ 0800
                                         )
              Plaintiff,                 )
                                         )
        v.                               ) COMPLAINT FOR VIOLATION OF:
                                         )
Arturo RIOS-Mendoza,                     ) Title 8, U.S.C., Section 1326
                                         ) Deported Alien Found in the
                                         ) United States
              Defendant                  )
                                         )

The undersigned complainant, being duly sworn, states:

On or about **March 11, 2008** within the Southern District of California, defendant, **Arturo RIOS-Mendoza**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **MARCH 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Arturo RIOS-Mendoza

## PROBABLE CAUSE STATEMENT

On March 11, 2008 Supervisory Border Patrol Agent R. Whittier was driving westbound on Highway 94 near Tecate, California in an area known as Murphy's Curve. At approximately 1:00 p.m. he observed an individual later identified as the defendant **Arturo RIOS-Mendoza,** waving his arms and attempting to contact Agent Whittier. Agent Whittier stopped his vehicle and identified himself as a Border Patrol Agent to the defendant. The defendant approached Agent Whittier and stated he was tired and wanted to go home. Agent Whittier queried the defendant as to his immigration status. The defendant admitted that he was a citizen of Mexico without any immigration documents to be in or remain in the United States legally. Agent Whittier placed the defendant under arrest and transported him to El Cajon Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **May 12, 2002 through Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and agreed to be interviewed without representation. The defendant admitted that he was in the United States illegally and that he was traveling to San Ysidro, California to find work.