

FILED

5/5/08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                                    DEPUTY

USA                                                                           08cr1096 LAB

-v-

Arturo Rios-Mendoza

# STRICKEN DOCUMENT

7 - MOTION for Discovery, MOTION for Leave to File Further Motions, MOTION for Order Granting Access