```
1  NJEREMY D. WARREN
   California State Bar Number 177900
2  105 West F Street, Fourth Floor
   San Diego, California 92101
3  Tel: (619) 234-4433
   Email: jw@jwarrenlaw.com
4
5  Attorney for Mr. Rios
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1096-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S UNOPPOSED MOTION** |
| v. | ) | **FOR ORDER SHORTENING TIME** |
| | ) | **FOR FILING OF PRETRIAL MOTIONS** |
| **ARTURO RIOS-MENDOZA,** | ) | |
| Defendant. | ) | |

    Defendant Arturo Rios-Mendoza, by and through undersigned counsel, files this motion for an order shortening time for filing of his pretrial motions for discovery, for access to his A-File, and for leave to file further motions (docket number 7). The reasons for this motion, which is unopposed, are outlined in the attached declaration of counsel.

                                                                 Respectfully submitted,

                                                                  /s Jeremy D. Warren

Dated: May 7, 2008                           Jeremy D. Warren
                                                                  Attorney for Mr. Rios

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA 92101.

On May 7, 2008, I personally served the following documents:

**Unopposed Motion for Order Shortening Time for Filing of Pretrial Motions**,

**Declaration of Counsel in Support of Motion**

on the below attorneys by electronic filing:

Assistant United States Attorney Rebecca Kanter

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 7, 2008 at San Diego, CA.

/s Jeremy Warren

_____

Jeremy D. Warren