```
NJEREMY D. WARREN
California State Bar Number 177900
105 West F Street, Fourth Floor
San Diego, California 92101
Tel: (619) 234-4433
Email: jw@jwarrenlaw.com

Attorney for Mr. Rios
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1096-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| v. | ) | **IN SUPPORT OF MOTION** |
| | ) | |
| **ARTURO RIOS-MENDOZA,** | ) | |
| Defendant. | ) | |

I, Jeremy D. Warren, state the following under penalty of perjury:

1. I am the attorney for the defendant Arturo Rios-Mendoza ("Mr. Rios"). I was appointed to represent him pursuant to the Criminal Justice Act.

2. Mr. Rios is charged in a one count indictment with being a deported alien found in the United States, 8 U.S.C. § 1326. Mr. Rios was arraigned in magistrate court and a motion hearing was scheduled before this Court on May 19, 2008. He has yet to make an appearance before this Court.

3. The government has provided approximately 43 pages of discovery but has declined to provide access to Mr. Rios's A-File without a Court order.

4. On May 5, 2008, after an unsuccessful effort to resolve the case with the government, I attempted to file pretrial motions for discovery, for access to Mr. Rios's Immigration A-File, and for leave to file further motions. At the time I filed the motions, I believed they were timely since I was filing them two weeks before the motions hearing, which is the deadline set by the majority of District Judges in this district. On May 7, 2008, I received notice that the Court had rejected the motions

1 | for failure to comply with the Court's 21 day filing requirement.

5. From another case before this Court, I was aware but simply forgot that this Court requires the defense to file motions three weeks before the hearing date, to provide the government with ample time to respond.

6. In no way was I attempting to deliberately ignore the Court's filing requirements, nor did I delay filing to seek tactical advantage, nor was I motivated by dilatory purpose. It was simply an oversight for which I apologize to the Court.

7. I have spoken with the assigned prosecutor, Assistant United States Attorney Rebecca Kanter. Ms. Kanter told me that she has **no objection** to the instant motion for an order shortening time.

8. For these reasons, I respectfully ask the Court to sign the proposed order permitting filing of my pretrial motions.

Executed in San Diego, California on May 7, 2008.

                                              Respectfully submitted,

                                              /s Jeremy D. Warren

                                              Jeremy D. Warren
                                              Attorney for Mr. Rios