```
 1  JEREMY D. WARREN
    California Bar No. 177900
 2  105 West F Street, Fourth Floor
    San Diego, California 92101
 3  Tel: (619) 234-4433
    Email: jw@jwarrenlaw.com
 4
    Attorney for Defendant Rios
 5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **08cr1096-LAB** |
| ) | |
| Plaintiff, ) | Date:   May 19, 2008 |
| ) | Time:   2:00 p.m. |
| v.  ) | |
| ) | **NOTICE OF MOTIONS AND** |
| **ARTURO RIOS-MENDOZA,** ) | **MOTIONS TO** |
| ) | **1) COMPEL DISCOVERY,** |
| Defendant. ) | **2) FOR ACCESS TO A-FILE** |
| ) | **3) FOR LEAVE TO FILE FURTHER MOTIONS** |
| ) | |

To:    Carol Lam, United States Attorney, and
       Rebecca Kanter, Assistant United States Attorney

PLEASE TAKE NOTICE that as soon as counsel may be heard, the accused, Arturo Rios-Mendoza, by and through counsel, Jeremy D. Warren, will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//
//
//

**Motions**

Arturo Rios-Mendoz, the accused, by and through counsel, Jeremy Warren, pursuant to the United States Constitution and its Amendments, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery,

2) for access to the A-File, and

3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s Jeremy Warren

Dated: May 5, 2008

Jeremy D. Warren
Attorney for Defendant

**PROOF OF SERVICE**

I declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA 92101.

On May 5, 2008, I personally served the following documents:

**Notice of Motion and Motion for Discovery, for Access to his A-File, and For Leave to File Further Motions, and Memorandum of Points and Authorities in Support of The Motions.**

on the below attorneys by electronic filing:

Assistant United States Attorney Rebecca Kanter

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 5, 2008 at San Diego, CA.

/s Jeremy Warren

_____

Jeremy D. Warren