UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08cr1096-LAB |
|         Plaintiff,                ) | |
|                                    ) | **ORDER SHORTENING TIME** |
| v.                                  ) | **FOR FILING OF PRETRIAL MOTIONS** |
| ARTURO RIOS-MENDOZA,      ) | |
|         Defendant.             ) | |

GOOD CAUSE having been shown, and based on the defense motion for order shortening time and accompanying declaration of counsel, the Court shortens time to permit filing of the defense pretrial motions previously rejected as untimely.

SO ORDERED.

DATED: May 9, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge